Woodrow Raymond Novak, Jr.

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LUFKIN DIVISION TEXAS

WOODROW RAYMOND NOVAK, JR. :
  PLAINTIFF :       Civil Action No.
             :       9:19-CV-00190-RC-KFG
             :       Request for Extension
SESSUM, et al :       of Time
             :

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS JAN 17 2020 BY DEPUTY

## EXTENSION OF TIME

Come Now Woodrow Raymond Novak JR, Plaintiff in the Above Civil Action Number Request for Extension of Time to provide the Courts A certified inmate trust statement proceeding Six(6) month period to proceed in forma Pauperis and will show the following:

### I.

Court ordered the Plaintiff to Act in 20 days from entry to provide the Court a certified inmate trust statement for the preceding Six(6) month period on 11/04/2019. Plaintiff has been transfer to different locations within the Texas Department of Criminal Justice. Plaintiff Contacted the Courts A change of Address from Polk County Jail where Plaintiff started the filing of this Action. That Notice was 12/16/2019. Plaintiff

was then transfer on 12/18/2019 to the Walls Unit in Huntsville, Texas from the Smith Unit in Lamesa, Texas. Plaintiff was on Bench Warrant back to Polk County to attend a hearing on January 2, 2020 and return back to the Walls Unit in which he awaits his next hearing on transient Status. With the Holidays and from one location to another. Plaintiff finally Recieved the Courts order on January 10th, 2020.

Plaintiff has now Requested to the law-library the Courts Request. This is why Plaintiff seeks the Request of Extension of time to Comply to the Court order and to give the Courts Notice of Change of address until Bench Warrant is completed. Plaintiff Assign Unit is the Smith Unit. Any documents to this location would be forward to me if transfer.

Plaintiff Respectfully prays that this Court grant his Request of Extension of time to Comply to the Court order.

Respectfully Submitted
Woodrow Raymond Nourk JR
Woodrow Raymond Nourk JR

### CERTIFICATED OF SERVICE

This is to Certify that on January 10th, 2020 a true and correct copy of the above foregoing document was served to the Eastern District Court of Lufkin Texas by U.S. Mail

Woodrow Raymond Nourk JR
Woodrow Raymond Nourk JR

January 04th, 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
104 N. Third Street
Lufkin, Texas 75901

RE: Woodrow Raymond Novak JR
      Plaintiff
vs.
SESSUM, et al - Defendant's
Civil Action No. 9:19-CV-00190-RC-KFG

Extension of Time

U.S. District Clerk

District Clerk,

    Please file the enclosed Request of Extension of Time. The order stated that the Clerk shall mail Plaintiff a copy of the informa Pauperis Application for prisoners. I haven't received that from the Clerk. I'm attempting to get the certified inmate trust statement for the preceding six(6) month period. Please send that application just if needed." Thank you!"

                              Sincerely
                              Woodrow Raymond Novak JR
                              Woodrow Raymond Novak JR

P.S. Plaintiff is on Bench Warrant at the Walls Unit. Change of Address 815 12th Street Huntsville, Texas. 77340. Send application to this location until further notice.

Woodrow Raymond Nowak, Jr. #586839
Walls Unit 815 12th. Street
Huntsville, Texas 77340

JAN 13 2020

U.S. District Court (District Clerk)
Eastern District of Texas
104 N. Third Street
Lufkin, Texas 75901